IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

       Plaintiff,

  -v-                                                          24-MC-13

$182,764.34 UNITED STATES CURRENCY
SEIZED FROM M&T BANK ACCOUNT
NO. 15004244992829 SEIZED ON OR
ABOUT JULY 13, 2023; and

$21,831.90 UNITED STATES CURRENCY
SEIZED FROM M&T BANK ACCOUNT
NO. 15004244994768 SEIZED ON OR
ABOUT JULY 13, 2023,

       *Defendants in rem.*

---

### THIRD STIPULATION TO EXTEND PLAINTIFF'S TIME
### TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

       IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, and Michael L. D'Amico, Esq., attorney for claimant Shamsor Naher, that the government's time to file its Verified Complaint for Forfeiture be extended from November 5, 2024 to February 4, 2025, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

       The parties to this Stipulation further agree that the putative claimant may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named property, and in that event, the government shall then

1

have fourteen (14) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

Dated: October __29__, 2024

    TRINI E. ROSS
    United States Attorney
    Western District of New York

By: _____
    Mary Clare Kane
    Assistant United States Attorney
    138 Delaware Ave
    Buffalo, New York 14202
    716-843-5816
    mary.kane@usdoj.gov

Dated: October __29__, 2024

By: *s/Michael L. D'Amico*
    Michael L. D'Amico, Esq.
    80 West Huron Street
    Buffalo, New York 14202
    716-854-1300
    mldamico@buffalodefenselaw.com
    Attorney for Shamsor Naher